JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARNA SRINIVASAN,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>GOLDSTEIN & WOLF INVESTMENTS,<br>ET AL,<br><br>        Defendant(s). | CASE NO. CV 07-04575-MMM (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:  June 3, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE